IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                PLAINTIFF

VS.                              4:07cr127-07 SWW

JEFFREY STENDER                                         DEFENDANT(S)

## RECUSAL ORDER

On January 29, 2007 (doc #292) attorney Mark Hampton was allowed to enter his appearance as co-counsel for defendant Stender. Mr. Hampton is on Judge Forster's recusal list. Accordingly, Judge Forster is unable to address any further issue regarding defendant Jeffrey Stender.

Dated this 5th day of February, 2008.

AT THE DIRECTION OF THE COURT
James W. McCormack, Clerk

by      /s/ Cecilia Norwood
            Deputy Clerk

cc: Judge Wright
    Sandy Carpenter