# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                              NO. 4:07CR00127-007  SWW

JEFFREY STENDER                                             DEFENDANT

## ORDER

Pending before the Court is the above-named defendant's motion for early termination of supervised release (doc #742).  After a review of the motion, the Court is of the opinion that a response by the United States of America would facilitate the resolution of the motion.  The Court therefore directs the United States to respond to the motion on or before twenty (20) days after the date of entry of this Order.

IT IS SO ORDERED this 20th day of August 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE